SAMUEL B. IRISH, as Executor, etc., of WILLIAM B. CUTLER, Deceased, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of FREDERICK W. KRAFT and Others, Respondents, and Others.— Order affirmed as to the damage parcels involved in that portion of the appeal presented to the court, viz., parcels 86, 7, 96 and 106, with a bill of costs to the owners of each parcel. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of CARRIE B. L. HUMPHREY and ESTHER M. COLBY, as Executrices, etc., of RUTH NEWEY SMITH, Deceased.— Decree of the Surrogate's Court of Suffolk county modified so as to allow the executrices the sum of $2,000 for legal services, to include the Federal transfer tax proceedings, and to allow to each executrix as commissions the sum of $1,331.47; and to allow to Robert Burnside for his services as special guardian the sum of $300; and as so modified decree affirmed, with one bill of costs to the executrices, appellants, and one bill of costs to the appellant Burnside, payable out of the estate, upon the ground that the sum of $2,000 agreed upon by the adult parties at the hearing before the Surrogate's Court seems to us a proper sum to be allowed the executrices for their expenses for legal services, the same, however, to include the completion of the Federal transfer tax proceedings; and that we think that the appellant Burnside, as special guardian, was not derelict in duty in practically acquiescing in that agreement and not opposing it before the Surrogate's Court, and that we consider that the sum of $300 is a proper compensation for his services as such guardian. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of EDWARD P. WHITE and Others, to Perpetuate the Testimony of JAMES H. FANNING and Others, Respondents. THOMAS A. HOWELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

AMANDA LISSNER, as Administratrix, etc., of HENRY LISSNER, Deceased, Respondent, v. CELIE WEINGARTEN, Defendant, Impleaded with WECIL REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Blackmar and Kelly, JJ., concurred; Mills, J., dissented and voted for a new trial upon the ground that the court erred in refusing to charge the request at folio 575 of the record, with whom Jenks, P. J., concurred.